IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:14-cv-01535<br>) Senior Judge Haynes<br>) |
| TURNBERRY HOMES, LLC, | )<br>) |
| Defendant. | ) |

# ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for the Court to exercise its discretion under 28 U.S.C. § 2201 (Docket Entry No. 12), is **DENIED without prejudice**. This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party consistent with the Court's Memorandum.

It is so **ORDERED.**

ENTERED this the 16th day of January, 2015.

William J. Haynes Jr.
Senior United States District Judge